# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | |
|---|---|
| **JOE N. BRYANT, III** | **PLAINTIFF/COUNTER DEFENDANT** |

v.  No. 4:24-cv-491-DPM

| | |
|---|---|
| **LESTER GRIFFIN and GRIFFIN PLANTING CO., INC.** | **DEFENDANTS** |

v.

| | |
|---|---|
| **BROWN PELICAN FARMS, LLC** | **DEFENDANT/COUNTER CLAIMANT** |

## ORDER

Bryant moved to amend his complaint before the Final Scheduling Order's deadline. *Doc. 27 at 1*. And while Brown Pelican's futility arguments are thoughtful, they're better suited for a summary judgment motion. The Court should freely give leave to amend. Fed. R. Civ. P. 15(a)(2). Bryant's opposed motion, *Doc. 33*, is granted for good cause. Amended complaint due by 17 September 2025.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2025